BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL ZUSSMAN, an individual; and DEBORA MACIOL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ROBERT STEELE, an individual; NEW PRIME, INC., a Missouri Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO. 2:10-CV-00605-JCM-RJJ <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE THE CLAIMS OF RANDAL ZUSSMAN** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants that the above-entitled action be dismissed with prejudice.

///
///
///
///
///

1

Each party to bear their own costs and fees.

| Dated this 27 day of June, 2011. | Dated this 24 day of June, 2011. |
|---|---|
| STEPHENSON & DICKINSON, P.C. | THE LAW OFFICE OF KAREN H. ROSS |
| /s/ Bruce Scott Dickinson | /s/ Karen H. Ross |
| BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>MICHAEL HOTTMAN, ESQ.<br>Nevada Bar No. 008501<br>2820 West Charleston Boulevard, Suite B-19<br>Las Vegas, Nevada 89102<br>Telephone: (702) 474-7229<br>Facsimile: (702) 474-7237<br>email: admin@sdlawoffice.net<br>*Attorney for Defendants* | KAREN H. ROSS, ESQ.<br>Nevada Bar No. 009299<br>9480 S. Eastern Ave. Suite #220<br>Las Vegas, Nevada, 89123<br>P: 485-4152<br>F: 485-4125<br>*Attorney for Plaintiff Randal Zussman* |

## ORDER

IT IS SO ORDERED June 30, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

STEPHENSON & DICKINSON, P.C.

/s/ Bruce Scott Dickinson

BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
email: admin@sdlawoffice.net
Attorneys for Defendants

2